UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                               Case No: 8:06-cr-159-T-24 EAJ

STEVEN J. KANIADAKIS
_____/

ORDER

This cause comes before the Court on a violation of supervised release. Defendant Kaniadakis was sentenced on April 28, 2000 for mail fraud and health care fraud, and he received a sentence of 65 months of imprisonment, followed by 3 years of supervised release. His sentence was amended on June 20, 2000 to include $100,821.65 of restitution.

On May 18, 2006, the probation officer filed a petition with the Court (Doc. No. 2) stating that Defendant Kaniadakis violated his supervised release by failing to work regularly at a lawful occupation since November of 2004 (a violation of Standard Condition #5). On July 13, 2006, the Court conducted a hearing.

At the hearing, Defendant Kaniadakis denied violating his supervised release. The Court heard testimony from Anglea Floyd, Defendant's probation officer. Based on the testimony presented at the hearing, the Court finds that Defendant Kaniadakis did not violate the terms and conditions of his supervised release by failing to work regularly at a lawful occupation since November of 2004. Specifically, the Court finds that Defendant currently works at a lawful occupation and is currently employed at Piccadilly Restaurant.

However, Defendant Kaniadakis owes $100,821.65 in restitution, and the Court finds that Defendant has the ability to pay more towards that restitution than $50.00 per month. The Court finds that based on his earnings per month Defendant has the ability to pay $100.00 per month

towards restitution.

Accordingly, it is **ORDERED AND ADJUDGED** that the Court will continue Defendant Kaniadakis on supervised release.  However, Defendant Kaniadakis is ordered to pay $100.00 per month towards his restitution.  The probation officer is directed to update the Court on Defendant's employment status in approximately thirty days.

**DONE AND ORDERED** at Tampa, Florida this 13th day of July, 2006.

Copies to:
Dionja Dyer, AFPD
U.S. Probation Office

SUSAN C. BUCKLEW
United States District Judge

2